**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

TOMMIE JO CORY,

Plaintiff,

v. Case No. 5:18-cv-532-Oc-34PRL

WELLS FARGO, N.A.,
a/k/a Wells Fargo Financial Bank,

Defendant.

---

## ORDER OF RECUSAL

In recognition of certain financial holdings, the undersigned hereby recuses herself from further proceedings in this action.

**DONE AND ORDERED** in Chambers this 23rd day of October, 2018.

Marcia Morales Howard
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties