**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**TOMMIE JO CORY,**

    **Plaintiff,**

**v.**                                                                                   **Case No: 5:18-cv-532-Oc-PGB-PRL**

**WELLS FARGO, N.A.,**

    **Defendant.**

## ORDER

This case is before the Court on the parties' joint motion (Doc. 30) requesting that the Court stay Plaintiff's February 19, 2019 response date (and the time to file a Case Management Report) until a mediation has been completed. The parties recite that they are working toward a settlement of the matter, and plan to schedule a mediation within 30-60 days. Accordingly, they request a stay of the current deadlines, and state that they will file a written status report no later than May 15, 2019, and that they will address in the status report a proposed schedule regarding the outstanding deadlines.

While acknowledging the parties' request to leave the case management deadlines undefined pending the mediation effort, the Court is disinclined to grant what amounts to an indefinite stay at this time. Accordingly, upon due consideration, the parties' joint motion (Doc. 30) is **GRANTED** to the extent that the deadline for Plaintiff's response to the motion to dismiss or for filing an amended complaint is extended until May 15, 2019. The deadline within which to file a Case Management Report is also extended until May 24, 2019.

**DONE** and **ORDERED** in Ocala, Florida on February 25, 2019.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties