**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**TOMMIE JO CORY,**

    **Plaintiff,**

**v.**                                                                      **Case No: 5:18-cv-532-Oc-PGB-PRL**

**WELLS FARGO, N.A.,**

    **Defendant.**

## ORDER

In this action, Plaintiff brings claims alleging real estate and mortage fraud. Pending before the Court is the parties' joint motion to stay the current deadlines pending mediation. (Doc. 35). The parties recite that they have had several discussions about a potential settlement and have agreed to mediate the case, but, due to scheduling conflicts, were unable to schedule a mediation before the current case deadlines. The parties have a mediation scheduled before Jay M. Cohen on June 3, 2019. The parties thus request that the Court stay the current deadlines and allow them to file a written status report no later than July 8, 2019. The parties represent that the status "report will indicate that the parties have or are documenting a settlement or, alternatively, propose a schedule for the filing of a response to the pending motion to dismiss or due date for amended complaint as well as a deadline for filing a Case Management Report." (Doc. 35).

Accordingly, and in light of the foregoing, the parties' joint motion to stay the current case management deadlines (Doc. 35) is GRANTED. On or before July 8, 2019, the parties shall file a written status report stating whether the case has settled, or proposing a schedule for the renewing of the motion to dismiss, filing a response, or a due date for an amended complaint, as well as a

deadline for filing the Case Management Report. In accordance with the Court's prior Order (Doc. 34), Defendant is reminded that, if it wishes to renew its motion to dismiss, it must do so by filing an appropriate motion.

**DONE** and **ORDERED** in Ocala, Florida on May 30, 2019.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties